# Law Office of Shmuel Klein, PC
Attorneys and Counselors at Law

| | |
|---|---|
| **268 West Route 59** | **113 Cedarhill Ave.** |
| **Spring Valley, NY 10977** | **Mahwah, NJ 07430** |
| **845-425-2510** | **201-529-3411** |
| telefax 845-425-7362 | Admitted in NM*, NJ, NY*, NoTx* |
| email: **shmuel.klein@verizon.net** | *Federal Courts Only |

December 20, 2007

Jodi Rosenberg
Greenbaum, Rowe, Smith & Davis, LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey  07095-0988

       RE:    Mildred Christion vs. Pressler & Pressler, LLP et al.
              Case No.: 07-1938

Dear Ms. Rosenberg,

      Pursuant to Rule 11, please withdraw your Motion to Dismiss Plaintiff's Complaint.

Sincerely,

___/s/__
Shmuel Klein
/za