UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MILDRED CHRISTION,** : | |
| : | Civil Action No. 07-1938(KSH) |
| **Plaintiff,** : | |
| v. : | |
| : | ORDER ON INFORMAL |
| **PRESSLER & PRESSLER LLP, et al.** : | APPLICATION |
| **Defendants,** : | |

This matter having come before the Court by way of letter dated December 24, 2007, regarding certain discovery disputes that the plaintiff seeks to have resolved;

and the Court having entered Orders dated October 22, 2007 and December 6, 2007 and that specifically set forth the format in which the parties are required to raise discovery disputes;[1]

---

[1] The Court set forth a specific format for raising discovery disputes that requires the parties to both confer and work together in good faith to resolve and present discovery disputes. Moreover, the required format assists the Court to efficiently resolve the disputes and ensures that the necessary information is presented in a concise fashion. The Orders dated October 22, 2007 and December 6, 2007 specifically state:

> Counsel shall confer in a good faith attempt to informally resolve any discovery disputes before seeking the Court's intervention. Should such informal effort fail to resolve the dispute, the matter shall be brought to the Court's attention in the first instance by a brief letter outlining the dispute. The Court will thereafter schedule a telephonic discovery conference pursuant to Fed. R. Civ. P. 26(f) to resolve the dispute. See L. Civ. R. 16.1(f)(1).
>
> If the dispute involves an alleged deficiency in a response to a discovery request, then the parties shall submit a **joint** letter that sets forth: (a) the request, (b) the response; (c) efforts to resolve the dispute; (d) why the complaining party believes the information is relevant and why the responding party's response continues to be deficient; and (e) why the responding party believes the response is sufficient. No further submissions regarding the dispute may be submitted without leave of

and the Court having reminded the parties of the protocol for rasing discovery disputes in the Order dated November 5, 2007,

and it appearing that the December 24, 2007 letter was not submitted in the format required for raising discovery disputes;

and for the reasons set forth herein;

IT IS ON THIS 27th day of December, 2007

ORDERED that the request for relief embodied in the plaintiff's letter dated December 24, 2007 is denied without prejudice;

IT IS FURTHER ORDERED that the discovery disputes (other than those arising during the course of depositions) raised in the December 24, 2007 letter shall be presented, no later than **January 9, 2008**, in the format set forth in the Orders dated October 22, 2007 and December 6, 2007; and

IT IS FURTHER ORDERED that all terms of the Orders October 22, 2007 and December 6, 2007 shall remain in full force and effect.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE

---

Court.  If necessary, the Court will thereafter schedule a telephone conference to resolve the dispute.

No discovery motion or motion for sanctions for failure to provide discovery shall be made before utilizing the procedures set forth in these paragraphs without prior leave of Court.

The December 24, 2007 submission does not comply with the Order and will not be considered.