# GREENBAUM, ROWE, SMITH & DAVIS LLP

PAUL A. ROWE
WENDELL A. SMITH
ALAN E. DAVIS
DAVID L. BRUCK
MICHAEL A. BACKER
MARTIN E. DOLLINGER
DEAN A. GAVER
ROBERT C. SCHACHTER
MARTIN L. LEPELSTAT
DENNIS A. ESTIS
WILLIAM D. GRAND
RAYMOND M. BROWN
ALAN S. NAAR
STEPHEN H. KNEE
ROBERT M. GOODMAN
DOUGLAS K. WOLFSON
MARK H. SOBEL
HAL W. MANDEL
BARRY S. GOODMAN
LAWRENCE P. MAHER
THOMAS J. DENITZIO, JR.
ROBERT S. GOLDSMITH
JOHN D. NORTH
KENNETH T. BILLS
THOMAS C. SENTER
MARGARET GOODZEIT
W. RAYMOND FELTON
CHRISTINE F. LI
MERYL A. G. GONCHAR

MICHAEL K. FEINBERG
CARLTON T. SPILLER
JOSEPH M. ORIOLO
ARON M. SCHWARTZ
SABRINA A. KOGEL
JACQUELINE M. PRINTZ
STEVEN C. DELINKO
DAVID A. ROTH
GARY K. WOLINETZ
KEVIN T. MCNAMARA
RICHARD L. HERTZBERG
ELLEN A. SILVER
ANDREA J. SULLIVAN
MARC D. POLICASTRO
MARC J. GROSS
LUKE J. KEALY
C. BRIAN KORNBREK
CIPORA S. WINTERS
GALIT KIERKUT
BRIAN R. SELVIN
PETER D. CRAWFORD, JR.
EMILY A. KALLER
ARREN S. GOLDMAN
DARREN C. BARREIRO
OLIVIER SALVAGNO
STEVEN NUDELMAN
DINA M. VANIDES
HANY A. MAWLA

WM. L. GREENBAUM (1914-1983)
ALLEN RAVIN (1957-1997)

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, N. J. 07095-0988
(732) 549-5600
FAX (732) 549-1881

DELIVERY ADDRESS:
99 WOOD AVE. SOUTH
ISELIN, NEW JERSEY 08830-2712

75 LIVINGSTON AVENUE
ROSELAND, NEW JERSEY 07068-3701
(973) 535-1600
FAX (973) 535-1698

EMAIL: INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

OF COUNSEL
ROBERT S. GREENBAUM   ARTHUR M. GREENBAUM
                     FRANKLIN M. SACHS
                     J. WARREN WOOD III

COUNSEL
CHRISTINE F. MARKS       HOWARD B. HANDER
ROBERT S. UNDERHILL      LORA L. FONG
STEVEN FIRKSER           JODI L. ROSENBERG
ALLEN V. BROWN           MICHELE GIBSON

ROSEMARY CULCASI         JEFFREY A. SIROT
ERIC H. MELZER           MICHAEL A. GOROKHOVICH
MARINA SOLO              LISA J. CLAPP
ROBERT BECKELMAN         GREGG H. HILZER
MAJA M. OBRADOVIC        LISA B. DIPASQUA
JANE J. FELTON           MEGHAN O. MURRAY
STACEY R. COHEN          ERNEST E. D'ANGELO
MICHAEL A. KLEIN         JORDAN A. STERN
DEAN E. LOVENTHAL        CATHLENE Y. BANKER
SENWAN AKHTAR            LAURA M. BILOTTA
BRYAN D. PLOCKER         JAMIE A. YONKS
DAVID T. SHIVAS          JEANETTE TANNER
DAVID S. SCHECHTER       MICHAEL G. D'ALBA
ADAM B. KAPLAN           BLAKELY D. FISHLIN
JESSICA F. BATTAGLIA     KATIE M. HOLDEN
JEMI M. GOULIAN          JULIE KUSHNER
JOHN B. NANCE            CHRISTOPHER J. LEDOUX
MICHELLE M. SEKOWSKI     CATHERINE S. SHIMSKY

REPLY TO:   Woodbridge

May 22, 2007

Schmuel Klein, Esq.
113 Cedarhill Avenue
Mahwah, NJ 07430

        Re:    Mildred Christion v. Wachovia Bank, et al.
                 Civil Action No. 07-1938

Dear Mr. Klein:

      As I stated in my telephone message to you, I represent Wachovia Bank, N.A. and am in possession of your complaint in this matter. Wachovia is not certain whether it made a loan to your client and wants to make sure you are suing the correct entity. Kindly forward more information as to the plaintiff, including the plaintiff's address and social security number. If you have any loan documents, that would speed up the process. Thank you.

                                      Very truly yours,

                                      Jodi L. Rosenberg

JLR/abm