UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

MILDRED CHRISTION                           Civil No. 07-1938

vs.                                         Order of Reassignment

PRESSLER & PRESSLER LLP, et al.

It is on this  8TH  day of April, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE KATHARINE S. HAYDEN to JUDGE PETER G. SHERIDAN

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT