# Greenbaum Rowe Smith ⊠ Davis LLP

**COUNSELORS AT LAW**

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

JODI L. ROSENBERG
(732) 476-2408 - DIRECT DIAL
(732) 476-2409 - DIRECT FAX
JROSENBERG@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

June 19, 2008

VIA ELECTRONIC FILING
Clerk, United States District Court
  for the District of New Jersey
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    Christion v. Pressler & Pressler et al.
                  Case No. 2:07-cv-01938(PGS)(ES)

Dear Sir or Madam:

      We represent defendant Wachovia Bank, N.A. ("Wachovia"). Wachovia's Motion to Dismiss Complaint is currently scheduled for oral argument on June 23, 2008. I will be away on vacation. My adversary has consented to an adjournment and we were told that the Court is available to hear oral argument on July 29, 2008. Please advise if this is acceptable. Thank you for your assistance.

Very truly yours,

*Jodi L. Rosenberg*
Jodi L. Rosenberg

JLR/abm
cc:    Shmuel Klein, Esq.
        Mitchell Williamson, Esq.

*[Handwritten:] Oral argument will be heard on July 29, 2008 at 10:00 am*

**SO ORDERED:** [signature]
**DATED:** 6/19/08