# LAW OFFICE OF SHMUEL KLEIN, PC
ATTORNEYS AND COUNSELORS AT LAW

| | |
|---|---|
| **268 WEST ROUTE 59** | **113 CEDARHILL AVE.** |
| SPRING VALLEY, NY 10977 | MAHWAH, NJ 07430 |
| 845-425-2510 | 201-529-3411 |
| TELEFAX 845-425-7362 | ADMITTED IN NM*, NJ, NY*, NOTX* |
| EMAIL: SHMUEL_KLEIN@VERIZON.NET | *FEDERAL COURTS ONLY |

July 25, 2008

Hon. Judge Sheridan
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101          Via Telefax: (973) 645-4549

    RE:    Mildred Christion vs. Pressler & Pressler, LLP et al.
            Case No.: 07-1938

Dear Hon. Judge Sheridan,

    It is respectfully requested that an adjourned be granted for the hearing scheduled for July 31, 2008 for the above referenced case as I can not attend on that date. It was originally scheduled for July 29, 2008 and was changed to July 31, 2008.

    Opposing counsel agrees to an adjournment. August 5, 2008 would be a convenient date for both parties.

Respectfully,

/s/
Shmuel Klein

Cc: Jody Rosenberg (732) 549-1881
Pressler & Pressler, LLP (732) 753-5353

SO ORDERED: *[signature]*
DATED: 7/28/08
Hrg. July 29, 2008 at 10:00 A.M.